# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, | CASE NO. 17cv289-LAB (JLB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| MANASSEH JORDAN MINISTRIES, INC., et al., | |
| Defendants. | |

The Court ordered Kyle Miholich to file a motion dismissing the action, or a memorandum explaining why the Court shouldn't dismiss the action for failure to effect service and failure to prosecute. Miholich didn't file anything. The action is dismissed without prejudice. Fed. R. Civ. P. 4 and 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 126 (9th Cir. 1992).

**IT IS SO ORDERED.**

DATED: _____7-31-17_____

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge